**Henry Sasso, Plaintiff-Appellee, v. George Kita, Defendant-Appellant.**

**Gen. No. 51,645.**

First District, Second Division.

March 26, 1968.

Sidney S. Altman, of Chicago, for appellant; David Brandwein, of Chicago, for appellee. Opinion by JUSTICE McNAMARA. **Not to be published in full.**